<b><u>IN THE UNITED STATES BANKRUPTCY COURT<br>
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u></b>

| | |
|---|---|
| **IN RE:** Jesse L. Segraves<br>Noelle J. Lattimer<br><br>            **Debtor(s)** | **BK NO. 17-04008 JJT**<br><br>**Chapter 7** |

<b><u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u></b>

To the Clerk:

      Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. and index same on the master mailing list.

                                                  Respectfully submitted,

                                                **<u>/s/ James C. Warmbrodt, Esquire</u>**
                                                James C. Warmbrodt, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                412-430-3594