Stephen J. Banik, Esquire
41-42 Water Street
P.O. Box 55
Wellsboro, PA 16901
(570)724-1662

January 25, 2018

U.S. Bankruptcy Court
274 Max Rosen U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

In Re:　　　Jesse L. Segraves and Noelle J. Lattimer
　　　　　　Chapter 7　　Case No. 17-04008

Dear Clerk:

　　　The purpose of this letter is to request an address change for the Debtors, Jesse L. Segraves and Noelle J. Lattimer, in the above referenced case. Please be advised that the address for the Debtors is 371 Jennings Road, Canton, PA 17724. If you have any questions or need anything further please contact my office.

　　　Thank you for your time and assistance to this matter.

　　　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　　　*s/Stephen J. Banik*

　　　　　　　　　　　　　　　　　　Stephen J. Banik, Esquire

SJB/bld