```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 17-04008-JJT
Jesse L. Segraves                                         Chapter 7
Noelle J. Lattimer
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0314-4         User: admin          Page 1 of 1          Date Rcvd: Jan 26, 2018
                             Form ID: fnldecac     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db/jdb        +Jesse L. Segraves,   Noelle J. Lattimer,   216 Grover Road,   Canton, PA 17724-7400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          John P Neblett (Trustee)   jpn@neblettlaw.com,  pa06@ecfcbis.com
          Stephen J. Banik   on behalf of Debtor 1 Jesse L. Segraves sjbe@frontiernet.net
          Stephen J. Banik   on behalf of Debtor 2 Noelle J. Lattimer sjbe@frontiernet.net
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jesse L. Segraves
216 Grover Road
Canton, PA 17724

Noelle J. Lattimer
216 Grover Road
Canton, PA 17724

Chapter 7
Case No. 4:17−bk−04008−JJT

 Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−5028
xxx−xx−9182

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**John P Neblett (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  January 25, 2018

BY THE COURT

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk